## KENNETH N. PLADSEN *v.* COMMISSIONER OF CORRECTION
## (AC 24684)

Dranginis, Flynn and McLachlan, Js.

Submitted on briefs May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

## ERIC E. HOHENTHAL ET AL. *v.* DAVID CORMIER
## (AC 24987)

Dranginis, Bishop and DiPentima, Js.

Argued May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

## MARTIN DESOMMA *v.* ANTOINETTE DESOMMA
## (AC 25443)

Schaller, Bishop and Gruendel, Js.

Submitted on briefs May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.